## Wilson *v.* Hill, Appellant.

*Appeals—Review—New trial—Abuse of discretion.*

An order refusing a new trial applied for on the ground that
the verdict was excessive, will be affirmed on appeal, where the
appellate court, after reading the evidence, is convinced there has
been no reversible error, by reason of abuse of discretion.

Argued April 20, 1926.   Before MOSCHZISKER, C. J.,
FRAZER, WALLING, SIMPSON, KEPHART, SADLER and
SCHAFFER, JJ.

Appeal, No. 174, Jan. T., 1926, by defendant, from
order of C. P. No. 2, Phila. Co., June T., 1924, No. 447,
refusing new trial, in case of Silas E. Wilson v. Richard
Hill.   Affirmed.

Trespass for personal injuries.   Before STERN, J.
The opinion of the Supreme Court states the facts.
Motion for new trial refused.   Defendant appealed.

*Error assigned* was order, quoting record.

*F. Carroll Fow,* for appellant.

*Robert M. Bernstein,* with him *Thomas E. Brehoney,*
for appellee.

PER CURIAM, May 10, 1926:

Plaintiff was seriously injured through negligence of
defendant; he recovered a verdict for $5,000, on which,
after its reduction to $4,000, the court below entered
judgment.   Defendant has appealed and contends only
that the verdict is so excessive that we should reverse
the court below for not granting a new trial.   After
reading the evidence on the question involved, we are
not convinced of reversible error.

The judgment is affirmed.